EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RYAN COON,

                        Plaintiff,

BRIAN P. WOLOFSKY aka BRYAN WOLOFSKY,
RICHARD L. TENANCE and SWAN LANDING
ASSOCIATES, L.P.,

                        Defendants.

**NOTICE OF DISMISSAL WITH PREJUDICE**

Docket No.
8:20-CV-554 (FJS/DJS)

---

**IT IS HEREBY NOTICED** by the undersigned, attorneys of record for the plaintiff Ryan Coon, to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and that the complaint in this action has not been served upon any named defendant, and no answer or motion made, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-entitled action be, and the same hereby is dismissed **WITH PREJUDICE** as against defendant Richard Tenace, without costs or attorneys' fees. This Notice of Dismissal may be filed without further notice with the Clerk of the Court.

Dated: Tarrytown, New York
         June 24, 2020

URBA LAW PLLC

Attorneys for Plaintiff

By: _____
V. JONAS URBA, ESQ.
Bar Roll No. 701740
520 White Plains Road, Suite 500
Tarrytown, New York 10591
(914) 366-7366
Jonas@UrbaNYlaw.com