**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RYAN COON,

                         Plaintiff,

BRIAN P. WOLOFSKY aka BRYAN WOLOFSKY,
RICHARD L. TENANCE and SWAN LANDING
ASSOCIATES, L.P.,

                       Defendants.

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Docket No.
8:20-CV-554 (FJS/DJS)

IT IS HEREBY NOTICED by the undersigned, attorneys of record for the plaintiff Ryan Coon, to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and that the complaint in this action has not been served upon any named defendant, and no answer or motion made, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-entitled action be, and the same hereby is dismissed WITHOUT PREJUDICE as against defendants Bryan Wolofsky and Swan Landing Associates LP, without costs and with fees to plaintiff as set forth in the parties' Settlement Agreement. This Notice of Dismissal may be filed without further notice with the Clerk of the Court.

*[signatures]*

Upon all of the conditions of the parties' Settlement Agreement being fulfilled, counsel for Defendants shall file a Dismissal with Prejudice which is being held until such time.

Dated: Tarrytown, New York
June 30, 2020

URBA LAW PLLC

Attorneys for Plaintiff

By: _____
V. JONAS URBA, ESQ.
Bar Roll No. 701740
520 White Plains Road, Suite 500
Tarrytown, New York 10591
(914) 366-7366
Jonas@UrbaNYlaw.com